

# IN THE
# TENTH COURT OF APPEALS

### No. 10-14-00279-CR

**KYDRICK RESHAWD BENTON,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 361st District Court
### Brazos County, Texas
### Trial Court No. 13-04453-CRF-361

## ABATEMENT ORDER

On September 16, 2014, this Court received appellant Kydrick Reshawd Benton's notice of appeal in this matter. Attached to Benton's notice of appeal is the trial court's case-information sheet indicating that Benton was determined to be indigent and that attorney Calvin Parks was appointed to represent Benton on appeal. On March 31, 2015, this Court received a motion to withdraw filed by Parks stating that he no longer accepts court appointments in appellate matters originating from Brazos County and requesting that he be removed as appellate counsel for Benton.

An eligible indigent defendant is entitled to have the trial court appoint an attorney to represent him in an appeal to the court of appeals. *See* TEX. CODE CRIM. PRO. ANN. art. 1.051(d)(1) (West Supp. 2014). Accordingly, we abate this appeal to the trial court to conduct any necessary hearings for a determination of appellant's indigence and whether counsel should be appointed.

Any hearing should be held within 28 days of the date of this Order. The supplemental clerk's and reporter's records required by the rule, if any, are ordered to be filed within 42 days of the date of this Order.


PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal abated
Order issued and filed April 16, 2015
Do not publish

